STATE of Missouri, Respondent,

v.

Toney JONES, Appellant.

No. ED 75861.

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 11, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 14, 2000.

Application for Transfer Denied
April 25, 2000.

Ellen H. Flottman, Asst. Atty. Gen., Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Susan K. Glass, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, J. and MARY K. HOFF, J.

## ORDER

PER CURIAM.

Defendant appeals sentences on nine felonies and one misdemeanor.

We have reviewed the record and the briefs of the parties. An extended opinion would have no jurisprudential value. We have, however, provided a memorandum opinion for the use of the parties only explaining our decision. We affirm all sentences. Rule 30.25(b).